SOUTHERN DISTRICT OF FLORIDA

Case No. 12-60140-Civ-SCOLA

DAVID R. CHASE, not individually,
but solely in his capacity as Receiver for
AMERICAN PRECIOUS METALS, LLC,

 Plaintiff,

vs.

APM SALES AND MARKETING, INC.,
GEORGE SARAFIANOS, JOHN P. D'ONOFRIO,
JANECO, INC., DERON BAUGH and
GARY BAUGH,

 Defendants.
_____/

## ORDER CLOSING CASE UPON NOTICE OF SETTLEMENT

THIS MATTER is before the Court on the Final Mediation Report and the Plaintiff's telephonic notice of settlement. The Parties have settled this matter, and it will be administratively closed pending the Parties filing a stipulation of final dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or the Plaintiff moving for dismissal under Rule 41(a)(2). A stipulation of final dismissal or a motion for dismissal must be filed by January 2, 2013. If the parties file a stipulation of final dismissal under Rule 41(a)(1)(A)(ii) and they wish to have this Court retain jurisdiction to enforce any settlement agreement they have reached, the parties must include the following sentence in their stipulation of dismissal: "The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the settlement agreement reached in this case." *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

Any Party may move to re-open the case should there be a problem in reaching a final settlement agreement. The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** as moot.

**DONE and ORDERED** in chambers at Miami, Florida, on November 30, 2012.

_____
ROBERT N. SCOLA, JR.
**UNITED STATES DISTRICT JUDGE**

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record*