UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-cv-60140-SCOLA

DAVID R. CHASE, not individually,
but solely in his capacity as Receiver for
AMERICAN PRECIOUS METALS, LLC,

    Plaintiff,

v.

APM SALES AND MARKETING, INC.,
GEORGE SARAFIANOS, JOHN P. D'ONOFRIO,
JANECO, INC., DERON BAUGH, and GARY
BAUGH,

Defendants.
_____/

## PARTIES' STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

David R. Chase, not individually, but solely in his capacity as the Court appointed receiver (the "Receiver") for American Precious Metals, LLC ("APM"), its affiliates, subsidiaries, successors and assigns (collectively, the "Receivership Entities"), and Defendants George Sarafianos, John D'Onofrio, Janeco, Inc., APM Sales and Marketing, Inc., Gary Baugh, and Deron Baugh (collectively, "Defendants") stipulate that the Receiver is hereby dismissing this case with prejudice. Because the parties have agreed that the Court will retain jurisdiction to enforce the Settlement Agreement, the effectiveness of this Stipulation of Dismissal is conditioned upon the Court's entry of an Order retaining jurisdiction to enforce the terms of the Settlement Agreement reached in this case. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

Dated: December 18, 2012.

Respectfully submitted,

**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
*Counsel for the Receiver*
201 South Biscayne Boulevard
22nd Floor, Miami Center
Miami, Florida 33131
Telephone:   (305) 403-8788
Facsimile:    (305) 403-8789

By: s:/Patrick J. Rengstl
    Jeffrey C. Schneider, P.A.
    FL Bar No. 933244
    Patrick J. Rengstl, Esq.
    FL Bar No. 0581631

And

**LEVI WILLIAMS, Esq.**
Counsel for Gary and Deron Baugh
600 S. Andrews Avenue
Suite 600
Fort Lauderdale, Florida 33301

By: s:/Levi Williams
    Levi Williams, Esq.
    FL Bar No. 57169

And

**APM SALES AND MARKETING, INC.**
4440 NE 22nd Avenue
Lighthouse Pointe, Florida 33064
By: *[signature: George E. Sarafianos]*

And

**GEORGE SARAFIANOS**
4440 NE 22nd Avenue
Lighthouse Pointe, Florida 33064
By: *[signature: George E. Sarafianos]*

And

JOHN P. D'ONOFRIO
5360 N. Federal Highway
Lighthouse Point, Florida 33064
By: _____

And

JANECO, INC.
5360 N. Federal Highway
Lighthouse Point, Florida 33064
By: _____   Pres. & CEO.

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                  s:/Patrick J. Rengstl
                                                  Patrick J. Rengstl, Esq.

GH7818

## SERVICE LIST

PATRICK J. RENGSTL, Esq.
Attorney for the Receiver
LEVINE KELLOGG LEHMAN
SCHNEIDER + GROSSMAN LLP
201 South Biscayne Blvd.
22nd Floor, Miami Center
Miami, Florida 33131
Telephone: 305.403.8788
Facsimile: 305.403.8789

APM SALES AND MARKETING, INC.
4440 NE 22nd Avenue
Lighthouse Pointe, Florida 33064
**(Via U.S. Mail)**

GEORGE SARAFIANOS
4440 NE 22nd Avenue
Lighthouse Pointe, Florida 33064
**(Via U.S. Mail)**

JOHN P. D'ONOFRIO
5360 N. Federal Highway
Lighthouse Point, Florida 33064
**(Via U.S. Mail)**

JANECO, INC.
5360 N. Federal Highway
Lighthouse Point, Florida 33064
Attn: John P. D'Onofrio
**(Via U.S. Mail)**

LEVI WILLIAMS, Esq.
Attorney for Gary and Deron Baugh
600 S. Andrews Avenue
Suite 600
Fort Lauderdale, Florida 33301