UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-cv-60140-SCOLA

DAVID R. CHASE, not individually,
but solely in his capacity as Receiver for
AMERICAN PRECIOUS METALS, LLC,

    Plaintiff,

v.

APM SALES AND MARKETING, INC.,
GEORGE SARAFIANOS, JOHN P. D'ONOFRIO,
JANECO, INC., DERON BAUGH, and GARY
BAUGH,

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS CASE has been dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. For Dismissal With Prejudice, ECF No. 607). The Court retains jurisdiction to enforce the parties' settlement agreement. The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** as moot.

**ORDERED and ADJUDGED** that the Motion is **GRANTED**. The Settlement Agreement, attached as Exhibit "A" to the Motion, is **APPROVED**. The Court hereby reserves jurisdiction to enforce the Settlement Agreement.

**DONE and ORDERED** in chambers at Miami, Florida, on December 19, 2012.

                                            ROBERT N. SCOLA, JR.
                                            UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record*